NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LATONYA FISHER,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-566
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.